J. E. SPENCER et al., Appellants, v. TEMPLE TRUST CO., Appellee (two cases).

Nos. 811, 812.

Court of Civil Appeals of Texas. Eastland.

Feb. 13, 1931.

Rehearing Denied March 27, 1931.

See, also, 36 S.W.(2d) 604, 606.

Vickers & Campbell and Lockhart, Garrard & Brown, all of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Roscoe Wilson, of Lubbock, for appellee.

LESLIE, J.

The opinion in the case of J. E. Spencer et al. v. Temple Trust Company (Tex.Civ.App.) 36 S.W.(2d) 602, this day decided, disposes of all the questions presented by this appeal. It follows that the judgment of the trial court in the instant case is reversed and the cause remanded, with instructions to the trial court to order the transfer of the cause to Lubbock county. It is so ordered.